IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| JUSTIN LEE LONGTINE,<br><br>Plaintiff,<br><br>vs.<br><br>TIM KRUM–I.P.P.O WATCH and GERRI BUTLER–CASE MGR WATCH,<br><br>Defendants. | CV 16–05–H–DLC–JTJ<br><br>ORDER |

United States Magistrate Judge John Johnston entered his Order, Findings and Recommendations in this matter on April 15, 2016, recommending dismissal of Justin Lee Longtine's ("Longtine") Complaint. Longtine failed to timely object to the Findings and Recommendations, and so waived his right to de novo review of the record. 28 U.S.C. § 636(b)(1)(C). This Court reviews for clear error those findings and recommendations to which no party objects. *See McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981); *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000) (citations omitted).

-1-

Having reviewed the Findings and Recommendations, the Court finds no clear error in Judge Johnston's conclusion that Longtine's Complaint fails to state a claim for relief. Longtine further failed to file an amended Complaint after given leave to do so.

Accordingly, IT IS ORDERED that:

(1) Judge Johnston's Findings and Recommendations (Doc. 7) are ADOPTED IN FULL.

(2) This matter is dismissed. The Clerk of Court is directed to close this matter and enter judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

(3) The Clerk of Court is directed to have the docket reflect that the Court certifies pursuant to Rule 24(a)(3)(A) of the Federal Rules of Appellate Procedure that any appeal of this decision would not be taken in good faith. The record makes plain that the Complaint filed in this case is frivolous as it lacks arguable substance in law or fact.

(4) The Clerk of Court is directed to have the docket reflect that this dismissal counts as a strike pursuant to 28 U.S.C. § 1915(g). Mr. Longtine failed to state a claim upon which relief may be granted.

Dated this 20th day of May, 2016.

/s/ Dana L. Christensen
Dana L. Christensen, Chief Judge
United States District Court